

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2022

No. 04-21-00432-CV

Alejandro **CEPEDA**,
Appellant

v.

**KOZA HOME SOLUTIONS, LLC**, Hector Santos, Legend Title and Abstract, LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVF-000579-D1
Honorable Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

On April 25, 2022, Appellees Hector Santos and Koza Home Solutions, LLC ("Koza") filed a Joint Motion to Abate Appeal, or Alternatively, for Extension of Time to File Appellees' Briefs Due to Extenuating Circumstances. On May 5, 2022, we granted appellees' request for an extension in part and extended their deadline to file their respective briefs to May 25, 2022.

On May 25, 2022, Appellees Santos and Koza filed another Joint Motion to Abate Appeal, or Alternatively, for Extension of Time to File Appellees' Briefs Due to Extenuating Circumstances. On May 26, Appellee Santos filed his brief, along with a motion for extension of time requesting an extension of one day. We GRANT Appellee Santos's request for a one-day extension. We DENY appellees' joint motion to abate this appeal. With respect to the alternative request for an extension of time, we GRANT IN PART an extension of time to Appellee Koza. Appellee Koza's brief is due **July 18, 2022**. No further extensions of time will be granted. If Appellee Koza's brief is not filed by the deadline, this appeal will be set at issue without Appellee Koza's brief.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2022.



Michael A. Cruz,
Clerk of Court